**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

v.

CR 03-071-01/02/03ML

CHARLES BROWN, CHARLES ISLER,
and BILAL ABDUL RASHID

## RETURN RECEIPT FOR EXHIBITS

re: Jury Trial (1/26/2004 - 2/4/2004)

Government Exhibits Numbers: Full

**18a (toxicology bag), 18b ( cocaine base in plastic bag) 18c (cocaine base in plastic bag),**

**18d (cocaine base in plastic bag), 18e: (marijuana in plastic bag)**

Received by: [signature]

Date: 11/2/06

David A. DiMarzio
Clerk of Court

By: [signature]
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

CR 03-071-01/02/03ML

v.

CHARLES BROWN, CHARLES ISLER,
and BILAL ABDUL RASHID

**RETURN RECEIPT FOR EXHIBITS**

re: Jury Trial (1/26/2004 - 2/4/2004)

Government Exhibits Numbers: FULL

**1 through 15; 16a, 16b, 19a, 19b, 20 - 36, 40, 42, 48, 50, 51**

David A. DiMarzio
Clerk of Court

Received by: ____________________

By: ____________________
Deputy Clerk

Date: 11/2/06